# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Reginald Anthony Walton,

                Plaintiff,

v.

Warden Fikes and FCI-Sandstone,

                Defendant.

No. 21-cv-1269 (KMM/ECW)

**ORDER**

---

On April 22, 2022, the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, issued a Report and Recommendation (R&R) [ECF No. 16], regarding the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Reginald Anthony Walton [ECF No. 1]. In the Petition, Mr. Walton claims that the Respondent is administering his sentence in a manner that violates his constitutional rights. Specifically, he challenges the imposition of disciplinary sanctions for the possession of cellular telephones while he was incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey ("FCI-Fort Dix"). Prison officials found that Mr. Walton violated prison rules prohibiting the possession of cellular phones, alcohol, and drugs, and a disciplinary hearing officer sanctioned him with disallowance of 82 days good conduct time.

The R&R carefully addresses Mr. Walton's claims, thoroughly and accurately discusses the governing law, and properly applies that law to the facts shown in the record. The R&R recommends that Mr. Walton's Petition be denied because he failed to demonstrate any violation of his due process rights. It further recommends that this action be dismissed with prejudice.

No objections have been filed to the R&R in the time period permitted. The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Fiorito v. Fikes*, No. 22-cv-486 (ECT/LIB), 2022 WL 1624887, at *1 (D. Minn. May 23, 2022) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

**IT IS HEREBY ORDERED that:**

1.      The Report and Recommendation [ECF No. 16] is **ACCEPTED**;

2.      The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**; and

3.      This action is **DISMISSED WITH PREJUDICE**.

**Let Judgment Be Entered Accordingly.**

Date: **May 24, 2022**                          s/ *Katherine M. Menendez*
                                                        Katherine M. Menendez
                                                        United States District Judge